# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127798

ANTOINETTE WRIGHT,
      Plaintiff-Appellant,

v

                                          SC: 127798
                                          COA: 249408
                                          Wayne CC: 02-234021-CL

DAIMLERCHRYSLER CORPORATION
and JUDITH CALIMAN,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the December 2, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

                                    Clerk

d1024